IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICIO LOBOGUERRERO,

    Petitioner,

v.                                                   CASE NO. 4:07-cv-00448-MP-WCS

IMMIGRATION AND NATURALIZATION SERVICE,
UNITED STATES DEPARTMENT OF JUSTICE,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 22, Report and Recommendation of the Magistrate Judge, recommending that the petition in this case be dismissed as moot. As stated in the government's response to the order to show cause, doc. 21, Petitioner's removal proceeding were terminated and became final on March 6, 2008. Petitioner was released from ICE detention on April 10, 2008, and this case no longer presents a case or controversy. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The petition is dismissed as moot, and the Clerk is directed to close this file.

**DONE AND ORDERED** this  *17th*  day of July, 2008

                            *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge